**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Richard Carroll, a/k/a Rick Carroll, an individual, | Civil No. 07-41 (RHK/JSM) |
| Plaintiff, | **ORDER OF** |
| v. | **DISMISSAL WITH PREJUDICE** |
| IC System, a/k/a IC Systems, | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice executed by Plaintiff and Defendant. **IT IS HEREBY ORDERED** that judgment be entered dismissing the Plaintiff's Complaint against Defendant, with prejudice, and without costs or disbursements being assessed or charged to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 16, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge